# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 22, 2023

Lyle W. Cayce
Clerk

No. 22-20285

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TONI GALE ENGELING,

*Defendant—Appellant*.

Appeal from the United States United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-129-2

Before JOLLY, OLDHAM, and WILSON, *Circuit Judges*,

PER CURIAM:*

The Federal Public Defender appointed to represent Toni Gale Engeling has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Engeling has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

* This opinion is not designated for publication. See 5TH CIR. R. 47.5.

No. 22-20285

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.